| 1 | COOLEY LLP
WHITTY SOMVICHIAN (194463)
| 2 | (wsomvichian@cooley.com)
REECE TREVOR (316685)
| 3 | (rtrevor@cooley.com)
3 Embarcadero Center
| 4 | 20th Floor
San Francisco, California  94111-4004
| 5 | Telephone:    (415) 693-2000
Facsimile:    (415) 693-2222
| 6 |
| 7 | COOLEY LLP
CRISTINA M. FERRUOLO (339442)
| 8 | (cferruolo@cooley.com)
10265 Science Center Drive
| 9 | San Diego, CA  92121-1117
Telephone:   (858) 550-6000
| 10 | Facsimile:   (858) 550-6420

Attorneys for Plaintiff
*Google LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| GOOGLE LLC, a Delaware limited liability company, | Case No. 5:24-cv-7463 |
|---|---|
| Plaintiff, | **PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15 AND FRCP 7.1** |
| v. | |
| PROLOY PONDIT, an individual, and DOES 1-20, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Google LLC discloses the following:

Google LLC ("Google") is a subsidiary of XXVI Holdings, Inc., which is a subsidiary of Alphabet Inc., a publicly traded company; no publicly traded company holds more than 10% of Alphabet Inc.'s stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Google LLC.
2. XXVI Holdings, Inc., Holding Company of Google.
3. Alphabet Inc., Holding Company of XXVI Holdings, Inc.

Dated: October 28, 2024     COOLEY LLP

By: */s Whitty Somvichian*
    Whitty Somvichian

Attorneys for Plaintiff
Google LLC