United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>    Plaintiff,<br><br>v.<br><br>PROLOY PONDIT,<br><br>    Defendant. | Case No. 5:24-cv-07463-BLF<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>[Re: Dkt. No. 22] |

Pending before the Court is Magistrate Judge Susan van Keulen's Report and Recommendation ("Report") to grant in part Google's motion for default judgment. Dkt. No. 22. The Court finds the Report thorough and well-reasoned and ADOPTS it in every aspect. Thus, the Court GRANTS IN PART Google's Motion for Default Judgment (Dkt. No. 20).

**IT IS SO ORDERED.**

Dated: August 22, 2025

_____
BETH LABSON FREEMAN
United States District Judge